**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 23-6388**

───────────────

MALCOLM MUHAMMAD,

    Plaintiff - Appellant,

   v.

MS. ALLEN, Medical Regional Administrator,

    Defendant - Appellee,

I. T. GILMORE, Warden; J. ADAMS, Unit Manager; ASSISTANT WARDEN WHITE; MAJOR RUFFIN; E. WITT, Grievance Coordinator; JOHN O'DONALD,

    Defendants.

───────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  M. Hannah Lauck, District Judge.  (3:22-cv-00773-MHL-MRC)

───────────────

Submitted:  March 7, 2024        Decided:  March 20, 2024

───────────────

Before AGEE, THACKER, and HARRIS, Circuit Judges.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

Malcolm Muhammad, Appellant Pro Se.  Taylor Denslow Brewer, MORAN REEVES & CONN, PC, Richmond, Virginia, for Appellee Ms. Allen.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Malcolm Muhammad seeks to appeal the district court's order granting summary judgment to a defendant in his civil action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). "Ordinarily, a district court order is not 'final' until it has resolved *all* claims as to all parties.'" *Porter v. Zook*, 803 F.3d 694, 696 (4th Cir. 2015). "'[S]o long as the matter remains open, unfinished or inconclusive, there may be no intrusion by appeal.'" *Britt v. DeJoy*, 45 F.4th 790, 792 (4th Cir. 2022) (en banc) (published order).

The order that Muhammad seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Specifically, our review of the record reveals that the district court has not adjudicated the claims against all defendants, and the matter is still pending. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2